IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH WALTON-HORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 2:08cv268-WKW-CSC |
| ) | (WO) |
| HYUNDAI OF ALABAMA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

For good cause, it is

ORDERED that a scheduling conference be and is hereby set on August 5, 2008, at 1:30 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. Previously, the court continued a scheduling conference set in this case at the request of the plaintiff. However, this case cannot languish indefinitely and this setting will give the plaintiff ample opportunity to retain counsel and resolve other personal concerns. The plaintiff must understand that she has a responsibility to prosecute this case.

The plaintiff should also understand that if she fails to appear for this conference, the court can impose on her sanctions including the dismissal of this case.

Done this 10th day of June, 2008.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          UNITED STATES MAGISTRATE JUDGE