IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELIZABETH WALTON-HORTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:08-cv-268-WKW |
| | ) |
| HYUNDAI OF ALABAMA, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

This case is before the court on plaintiff's objections (Docs. # 32 & # 34) to the Recommendation of the Magistrate Judge (Doc. # 29). After an independent and *de novo* review of the file in this case and upon consideration of the Recommendation and plaintiff's Objections, it is ORDERED that:

1. The Objections to the Recommendation of the Magistrate Judge (Docs. # 32 & # 34) are OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #29) is ADOPTED.

Accordingly, the Title VII claims against defendants Certain, George, and Smith are DISMISSED with prejudice. The case is referred back to the Magistrate Judge for further proceedings.

DONE this 31st day of July, 2008.

                                                  /s/   W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE